**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carol A. Fadale,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>    Defendants. | No. CV-15-01816-PHX-GMS<br><br>**CONSOLIDATED WITH:**<br>No. CV-15-01826-PHX-SPL<br>No. CV-15-01843-PHX-GMS<br>No. CV-15-01887-PHX-GMS<br><br>**ORDER** |
| Douglas A. Fadale,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>    Defendants. | |
| Carol A. Fadale,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et al.,<br><br>    Defendants. | |
| Douglas A. Fadale,<br><br>    Plaintiff, | |

v.

Experian Information Solutions, Inc., et al.,

Defendants.

Pursuant to the Parties' Stipulation for Dismissal of Case (Doc. 53) and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled actions are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.  Since all parties have been dismissed from all cases, these cases are now closed.

Dated this 8th day of August, 2016.

Honorable G. Murray Snow
United States District Judge

- 2 -